**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

**MINC LLC**
Brinton J. Resto (pro hac application forthcoming)
200 Park Ave. Suite 200
Orange Village, OH 44122
Telephone: (216) 373-7706
Facsimile: (440) 792-5327
bresto@minclaw.com

Attorneys for Plaintiff Arron Goodin

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
1/2/2020

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARRON GOODIN**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**MORGAN GIULIANELLI**, an individual, **ALANA JOY KYLOW**, an individual, and **KRYSTYL BALDWIN**, an individual, and **DOES 1–20**, inclusive,<br><br>Defendants. | Case No. 4:19-cv-08285-YGR<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Yvonne Gonzalez Rogers<br>Dept.: 1<br>Date: January 3, 2019<br>Time: 09:00AM |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff is voluntarily dismissing this action without prejudice. Plaintiff requests that all future deadlines, including the January 3, 2020 hearing, be removed from the calendar. The parties have reached a settlement, and the domain at issue <arrongoodin.com> has been transferred to Plaintiff.

Respectfully Submitted,

DATED: December 30, 2019

**KRONENBERGER ROSENFELD, LLP**

By: _____s/ Jeffrey M. Rosenfeld_____
       Jeffrey M. Rosenfeld

Attorneys for Plaintiff Arron Goodin

# CERTIFICATE OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

I hereby certify that on December 30, 2019, I served:

**1) PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the parties listed below as follows:

| | |
|---|---|
| Defendant Morgan Giulianelli<br>mguilianelli88@gmail.com | Defendant Alana Joy Kylow<br>me@alanajoy.com |
| Defendant Krystyl Baldwin<br>krystylb@gmail.com | |

[X] BY EMAIL, at the address(es) listed above.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: December 30, 2019

*/s/ Leah Vulić*
Leah Vulić